**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chandler Gas and Store Incorporated, et al., | No. CV-23-00400-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Treasure Franchise Company LLC, et al., | |
| Defendants. | |

The deadline for all fact discovery was March 31, 2025. (Doc. 139.) The original case management order issued in June 2023 warned that "[a]bsent extraordinary circumstances, the Court will not entertain fact discovery disputes after the deadline for completion of fact discovery." (Doc. 29 at 4.) That warning was repeated in November 2024. (Doc. 104 at 6.) Aware of these repeated warnings, plaintiffs (collectively, "Chandler Gas") filed a statement of discovery dispute on March 28, 2025. (Doc. 142.) That statement impermissibly exceeded the two-page limit for discovery dispute submissions, identified discovery disputes that had been pending for months, and stated defendants (collectively, "Marathon") had refused to cooperate in filing the dispute. The court ordered a response which Marathon filed. (Doc. 145.)

According to Marathon's response, it would like to raise eight discovery issues of its own by filing a "unilateral Statement of Discovery Disputes." (Doc. 145 at 1.) Marathon has not pointed to any "extraordinary circumstances" that would justify its failure to raise these issues before the March 31 deadline. In addition, "unilateral" discovery dispute

filings are not permitted absent unusual circumstances, such as the opposing party's refusal "to personally consult or cooperate in the filing of the joint statement." (Doc. 104 at 5.) Marathon does not provide evidence Chandler Gas refused to consult such that a unilateral filing would be permissible.

On the merits of Chandler Gas's issues, Marathon states it supplemented some of its interrogatory responses on March 31, 2025. Marathon also states it previously produced several "Verifone Rolling Actions Items Lists" and it planned to produce more lists on March 31. Marathon is unsure whether any of these lists are available from 2022. (Doc. 145.) Based on Marathon's response, the court cannot determine whether Chandler Gas's discovery issues still require court intervention.

The parties must conduct a real-time consultation and file a revised joint statement explaining whether any of Chandler Gas's issues still need resolution and each side's position on those issues. That joint statement should be as specific as possible and must address only those issues raised in Chandler Gas's March 28 filing. If Marathon has produced all responsive documents—such as all of the lists mentioned above—Marathon should provide Chandler Gas with a declaration to that effect. The parties are limited to no more than two pages per side.

**IT IS ORDERED** no later than **April 4, 2025**, the parties shall file a joint statement identifying and discussing any of Chandler Gas's issues in its filing on March 28, 2025, that still need resolution.

Dated this 1st day of April, 2025.

_Krissa M. Lanham_
Honorable Krissa M. Lanham
United States District Judge